IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; STATE OF MONTANA,<br><br>　　　　　　　　　Plaintiffs-Appellees,<br><br>　　　　　v.<br><br>ROBERT F. KENNEDY, JR., Secretary, U.S. Department of Health and Human Services; MELANIE FONTES RAINER, Director; CENTERS FOR MEDICARE AND MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　　　　　Defendants-Appellants. | No. 24-40568 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

MARCH 13, 2025                                              Respectfully submitted,


**KEN PAXTON**                                              CHARLES W. SCARBOROUGH
Attorney General of Texas

                                                            */s/ McKaye L. Neumeister*
**BRENT WEBSTER**                                           MCKAYE L. NEUMEISTER
First Assistant Attorney General                              *Attorneys, Appellate Staff*
                                                              *Civil Division, Room 7231*
**AARON L. NIELSON**                                          *U.S. Department of Justice*
Solicitor General                                             *950 Pennsylvania Avenue NW*
                                                              *Washington, D.C. 20530*
**JACOB C. BEACH**                                            *(202) 514-8100*
Assistant Solicitor General
Texas Bar No. 24116083                                      *Counsel for Defendants-Appellants*
Jacob.Beach@oag.texas.gov

*/s/Kathleen T. Hunker*
**KATHLEEN T. HUNKER**
Special Counsel
Texas Bar No. 24118415
Kathleen.Hunker@oag.texas.gov

**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

*Counsel for Plaintiff-Appellee State of Texas*

**AUSTIN KNUDSEN**
Montana Attorney General

**CHRISTIAN B. CORRIGAN**
Solicitor General

*/s/ Peter M. Torstensen, Jr.*
**PETER M. TORSTENSEN, JR.**
Deputy Solicitor General

Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
406-444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for Plaintiff-Appellee State of Montana*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 31 words, according to the count of Microsoft Word.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister